## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Raymond A. Joao, <br><br> Plaintiff, <br><br> v. <br><br> Epic Systems Corporation, <br><br> Defendant. | Case No. 9:25-cv-80701-DMM |

## JOINT STATUS REPORT

Plaintiff Raymond A. Joao and Defendant Epic Systems Corporation jointly submit this status report pursuant to the Court's June 17, 2025 Order Requiring Status Report From Parties (Dkt. 43). Judge Cannon transferred the above captioned action because it arises from the same subject matter and circumstances as Case No. 9:22-cv-80173-DMM, *Epic Systems Corp. v. Decapolis Systems, LLC and Raymond A. Joao*. (Dkt. 43; *see* Dkt. 43 at 1).

Before the parties were able to present a Joint Motion Stay to Judge Cannon, this action was *sua sponte* transferred Judge Middlebrooks. (Dkt. 42). The parties have conferred and agree that this case should be stayed consistent with the supplementary action against Mr. Joao. *Epic Sys. Corp. v. Decapolis Sys., LLC and Raymond A. Joao*, No. 9:22-cv-80173-DMM, Dkt. 143 (S.D. Fla. June 11, 2025). Accordingly, the parties have contemporaneously filed a Joint Motion to Stay requesting that the Court stay this case pending resolution of Decapolis's bankruptcy action, or until the Bankruptcy Court lifts the automatic stay (in whole or in part), dismisses the bankruptcy, or otherwise provides Epic relief to proceed with its claims against Mr. Joao.

Respectfully submitted this 23rd day of June, 2025.

| MARC J. KESTEN, P.L. | QUARLES & BRADY LLP |
|---|---|
| */s/ Marc J. Kesten* | */s/ Kelli A. Edson* |
| Marc J. Kesten | Kelli A. Edson |
| Florida Bar No. 691801 | Florida Bar No. 179078 |
| 9220 NW 72nd Street | QUARLES & BRADY LLP |
| Parkland, Florida 33067 | 101 East Kennedy Boulevard, Suite 3400 |
| Tel: (954) 600-9500 | Tampa, Florida 33602-5195 |
| marc@kestenlex.com | Tel.: (813) 387-0300 |
| | Fax: (813) 387-1800 |
| David A. Ward, *Pro Hac Vice* | kelli.edson@quarles.com |
| dward@klugerhealey.com | |
| KLUGER HEALEY, LLC | *Counsel for Defendant Epic Systems Corporation* |
| 523 Newman Springs Rd., Suite 23 | |
| Lincroft, New Jersey 07738 | |
| Telephone: (732) 852-7500 | |
| | |
| *Counsel for Plaintiff Raymond A. Joao* | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on June 23, 2025 with a copy of this document via the Court's CM/ECF system:

Marc J. Kesten, P.L.
Marc J. Kesten
9220 NW 72nd Street
Parkland, FL 33067
marc@kestenlex.com
(954) 600-9500

David A. Ward
Kluger Healey, LLC
523 Newman Springs, Suite 23
Lincroft, NJ 07738
dward@klugerhealey.com
(732) 852-7500

/s/ *Kelli A. Edson*
Kelli A. Edson